```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3061 |
| | ) | |
| v. | ) | |
| | ) | |
| CHADRICK J. FITZGERALD | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's unopposed oral motion to continue the suppression hearing currently set for June 20 is granted and the suppression hearing is continued to June 28, 2006 at 2:00 p.m. in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

The defendant, defendant's counsel, and counsel for the government shall be present at this hearing.

Dated June 19, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge