IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 4:06CR3061 |
| v. | ) |
| CHADRICK J. FITZGERALD, | ) ORDER |
| Defendant. | ) |

IT IS ORDERED,

The joint oral motion of counsel is granted and,

The suppression hearing is continued to July 19, 2006 at 9:30 a.m.

For this defendant, the time between today's date and the hearing on the suppression motion is excluded for purposes of computing the limits under the Speedy Trial Act. See 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

The defendant shall be present at the hearing.

Dated June 28, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge